# USPS Employee Earnings Statement

## Employee Information

**Employee:**
KAREEM REEDY

**Employee ID:**
[redacted]

**Finance Number:**
41-7901

**Pay Location:**
471

**Pay Period:**
15-2025

**Pay Date:**
07/18/25

**Inclusive Dates:**
06/28/25 - 07/11/25

### Net Pay:
$2,917.72

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 15-25 | 1 | P | 07 | AA | 135 | 61,715 | 043 | PENALTY OVERTIME PAYMENT | 4.58 | 271.78 |
| 15-25 | 1 | P | 07 | AA | 135 | 61,715 | 052 | WORK HOURS | 32.00 | 949.46 |
| 15-25 | 1 | P | 07 | AA | 135 | 61,715 | 053 | OVERTIME HOURS | 15.98 | 711.21 |
| 15-25 | 1 | P | 07 | AA | 135 | 61,715 | 054 | NIGHT WORK PREM HOURS | 21.72 | 26.50 |
| 15-25 | 1 | P | 07 | AA | 135 | 61,715 | 057 | HOLIDAY WORK | 8.00 | 237.37 |
| 15-25 | 1 | P | 07 | AA | 135 | 61,715 | 058 | HOLIDAY LEAVE | 8.00 | 237.37 |
| 15-25 | 1 | | | | | | | FLSA | | .00 |
| 15-25 | 2 | P | 07 | AA | 135 | 61,715 | 043 | PENALTY OVERTIME PAYMENT | 5.83 | 345.96 |
| 15-25 | 2 | P | 07 | AA | 135 | 61,715 | 052 | WORK HOURS | 40.00 | 1,186.83 |
| 15-25 | 2 | P | 07 | AA | 135 | 61,715 | 053 | OVERTIME HOURS | 15.26 | 679.16 |
| 15-25 | 2 | P | 07 | AA | 135 | 61,715 | 054 | NIGHT WORK PREM HOURS | 21.61 | 26.36 |
| 15-25 | 2 | | | | | | | FLSA | | .00 |
| | | | | | | | | **Total Hours Gross Pay:** | | 4,672.00 |

## Leave & Retirement Information

| Category: 6.00 | Annual Leave |
|---|---|
| | Leave Computation Date: 11/20/21 |
| AL Prior Year Balance | 131.90 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | 131.90 |
| + AL Earned YTD | 78.00 |
| + AL Holiday Earned YTD | .00 |
| − AL Used YTD | 40.00 |
| = Earned Annual Leave Balance | 169.90 |
| + AL Advanced YTD | 82.00 |
| = Available AL Balance | 251.90 |
| AL Used this Pay Period | .00 |

| Category: 4.00 | Sick Leave |
|---|---|
| SL Prior Year Balance | 224.91 |
| + SL Earned YTD | 52.00 |
| − SL Used YTD | 56.00 |
| = Current SL Balance | 220.91 |
| SL Used this Pay Period | .00 |

### Other Leave

#### Leave Without Pay (LWOP)

| | |
|---|---|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

#### Retirement

| YTD: | 1,551.99 | Total: | 7,394.18 |
|---|---|---|---|

#### FERS USPS Thrift Contributions

| PP 1%: | 23.74 | YTD USPS 1%: | 352.74 |
|---|---|---|---|
| PP Match: | 94.94 | YTD Matching: | 1,410.83 |

#### Insurance Income

| Pay Period: | 2.88 | YTD: | 42.40 |
|---|---|---|---|

#### Earnings Statement Messages

No messages

### Additional Pay & Other Compensation

| Description | Amount | |
| --- | --- | --- |
|  | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $4,672.00 | $58,447.89 |

### Deductions

| Description | Amount | |
| --- | --- | --- |
|  | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 104.44 | 1,551.99 |
| Social Security | 281.55 | see YTD below |
| Medicare | 65.85 | see YTD below |
| Federal Tax: S 00 | 650.38 | see YTD below |
| Health Plan Pre-tax: (Self only) 33A BLUE CROSS AND BLUE SHIELD | 114.12 | 1,565.06 |
| State Income Tax: PA S 00 | 139.41 | 1,734.77 |
| Local Tax: 651 S 00 | 175.20 | 2,191.79 |
| FEDVIP Vision Pre Tax | 5.66 | 84.84 |
| FEDVIP Dental Pre Tax | 11.17 | 166.85 |
| Social Security (deducted on Ins Income) | .18 | 3,506.13 |
| Medicare (deducted on Ins Income) | .04 | 819.98 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 118.68 | 1,763.58 |
| Union Dues: W | 37.60 | 564.00 |
| Extra Federal Tax | 50.00 | 7,991.03 |
| Health Plan Pre-tax: (Self only) 111 Blue Cross and Blue Shield | .00 | 123.10 |
| Total Current Pay Period Deductions: | 1,754.28 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,754.28 | $22,063.12 |
| Net Pay (Net To Bank): | $2,917.72 | $36,384.77 |

### Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

**Employee:**
KAREEM REEDY

**Employee ID:**

**Finance Number:**
41-7901

**Pay Location:**
471

**Pay Period:**
14-2025

**Pay Date:**
07/03/25

**Inclusive Dates:**
06/14/25 - 06/27/25

**Net Pay:**

$2,666.91

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-25 | 1 | P | 07 | AA | 135 | 61,715 | 043 | PENALTY OVERTIME PAYMENT | 4.05 | 240.33 |
| 14-25 | 1 | P | 07 | AA | 135 | 61,715 | 052 | WORK HOURS | 32.00 | 949.46 |
| 14-25 | 1 | P | 07 | AA | 135 | 61,715 | 053 | OVERTIME HOURS | 13.71 | 610.18 |
| 14-25 | 1 | P | 07 | AA | 135 | 61,715 | 054 | NIGHT WORK PREM HOURS | 21.36 | 26.06 |
| 14-25 | 1 | P | 07 | AA | 135 | 61,715 | 057 | HOLIDAY WORK | 8.00 | 237.37 |
| 14-25 | 1 | P | 07 | AA | 135 | 61,715 | 058 | HOLIDAY LEAVE | 8.00 | 237.37 |
| 14-25 | 1 | | | | | | | FLSA | | .00 |
| 14-25 | 2 | P | 07 | AA | 135 | 61,715 | 043 | PENALTY OVERTIME PAYMENT | 1.86 | 110.38 |
| 14-25 | 2 | P | 07 | AA | 135 | 61,715 | 052 | WORK HOURS | 32.00 | 949.46 |
| 14-25 | 2 | P | 07 | AA | 135 | 61,715 | 053 | OVERTIME HOURS | 14.77 | 657.35 |
| 14-25 | 2 | P | 07 | AA | 135 | 61,715 | 054 | NIGHT WORK PREM HOURS | 17.91 | 21.85 |
| 14-25 | 2 | P | 07 | AA | 135 | 61,715 | 056 | SICK LEAVE | 8.00 | 237.37 |
| 14-25 | 2 | | | | | | | FLSA | | .00 |
| | | | | | | | | **Total Hours Gross Pay:** | | 4,277.18 |

## Leave & Retirement Information

| Category: 6.00 | Annual Leave |
|---|---:|
| Leave Computation Date: 11/20/21 | |
| AL Prior Year Balance | 131.90 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | 131.90 |
| + AL Earned YTD | 72.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 40.00 |
| = Earned Annual Leave Balance | 163.90 |
| + AL Advanced YTD | 88.00 |
| = Available AL Balance | **251.90** |
| AL Used this Pay Period | .00 |

| Category: 4.00 | Sick Leave |
|---|---:|
| SL Prior Year Balance | 224.91 |
| + SL Earned YTD | 48.00 |
| - SL Used YTD | 56.00 |
| = Current SL Balance | **216.91** |
| SL Used this Pay Period | 8.00 |

### Other Leave

#### Leave Without Pay (LWOP)

| | |
|---|---:|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

### Retirement

| YTD: | 1,447.55 | Total: | 7,394.18 |
|---|---:|---|---:|

### FERS USPS Thrift Contributions

| PP 1%: | 23.74 | YTD USPS 1%: | 329.00 |
|---|---:|---|---:|
| PP Match: | 94.94 | YTD Matching: | 1,315.89 |

### Insurance Income

| Pay Period: | 2.88 | YTD: | 39.52 |
|---|---:|---|---:|

### Earnings Statement Messages

No messages

## Additional Pay & Other Compensation

| Description | Amount Pay Period | Amount YTD |
|---|---:|---:|
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $4,277.18 | $53,775.89 |

## Deductions

| Description | Amount Pay Period | Amount YTD |
|---|---:|---:|
| Retirement: FERS - Ret-FICA Code E | 104.44 | 1,447.55 |
| Social Security | 257.07 | see YTD below |
| Medicare | 60.12 | see YTD below |
| Federal Tax: S 00 | 563.52 | see YTD below |
| Health Plan Pre-tax: (Self only) 33A BLUE CROSS AND BLUE SHIELD | 114.12 | 1,450.94 |
| State Income Tax: PA S 00 | 127.29 | 1,595.36 |
| Local Tax: 651 S 00 | 160.39 | 2,016.59 |
| FEDVIP Vision Pre Tax | 5.66 | 79.18 |
| FEDVIP Dental Pre Tax | 11.17 | 155.68 |
| Social Security (deducted on Ins Income) | .17 | 3,224.40 |
| Medicare (deducted on Ins Income) | .04 | 754.09 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 118.68 | 1,644.90 |
| Union Dues: W | 37.60 | 526.40 |
| Extra Federal Tax | 50.00 | 7,290.65 |
| Health Plan Pre-tax: (Self only) 111 Blue Cross and Blue Shield | .00 | 123.10 |
| Total Current Pay Period Deductions: | 1,610.27 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,610.27 | $20,308.84 |
| Net Pay (Net To Bank): | $2,666.91 | $33,467.05 |

## Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

**Employee:**
KAREEM REEDY

**Employee ID:**

**Finance Number:**
41-7901

**Pay Location:**
471

**Pay Period:**
12-2025

**Pay Date:**
06/06/25

**Inclusive Dates:**
05/17/25 - 05/30/25

## Net Pay:
$2,688.08

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 12-25 | 1 | P | 07 | AA | 135 | 61,715 | 043 | PENALTY OVERTIME PAYMENT | 3.67 | 217.78 |
| 12-25 | 1 | P | 07 | AA | 135 | 61,715 | 052 | WORK HOURS | 32.00 | 949.46 |
| 12-25 | 1 | P | 07 | AA | 135 | 61,715 | 053 | OVERTIME HOURS | 16.00 | 712.10 |
| 12-25 | 1 | P | 07 | AA | 135 | 61,715 | 054 | NIGHT WORK PREM HOURS | 17.55 | 21.41 |
| 12-25 | 1 | P | 07 | AA | 135 | 61,715 | 056 | SICK LEAVE | 8.00 | 237.37 |
| 12-25 | 1 | | | | | | | FLSA | | .00 |
| 12-25 | 2 | P | 07 | AA | 135 | 61,715 | 043 | PENALTY OVERTIME PAYMENT | 3.15 | 186.93 |
| 12-25 | 2 | P | 07 | AA | 135 | 61,715 | 052 | WORK HOURS | 16.00 | 474.73 |
| 12-25 | 2 | P | 07 | AA | 135 | 61,715 | 053 | OVERTIME HOURS | 12.22 | 543.86 |
| 12-25 | 2 | P | 07 | AA | 135 | 61,715 | 054 | NIGHT WORK PREM HOURS | 14.27 | 17.41 |
| 12-25 | 2 | P | 07 | AA | 135 | 61,715 | 056 | SICK LEAVE | 16.00 | 474.73 |
| 12-25 | 2 | P | 07 | AA | 135 | 61,715 | 057 | HOLIDAY WORK | 8.00 | 237.37 |
| 12-25 | 2 | P | 07 | AA | 135 | 61,715 | 058 | HOLIDAY LEAVE | 8.00 | 237.37 |
| | | | | | | | | **Total Hours Gross Pay:** | | 4,310.52 |

## Leave & Retirement Information

### Category: 6.00 — Annual Leave

**Leave Computation Date: 11/20/21**

| | |
|---|---:|
| AL Prior Year Balance | 131.90 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | 131.90 |
| + AL Earned YTD | 60.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 32.00 |
| = Earned Annual Leave Balance | 159.90 |
| + AL Advanced YTD | 100.00 |
| = Available AL Balance | **259.90** |
| AL Used this Pay Period | .00 |

### Category: 4.00 — Sick Leave

| | |
|---|---:|
| SL Prior Year Balance | 224.91 |
| + SL Earned YTD | 40.00 |
| - SL Used YTD | 40.00 |
| = Current SL Balance | **224.91** |
| SL Used this Pay Period | 24.00 |

### Other Leave

#### Leave Without Pay (LWOP)

| | |
|---|---:|
| Pay Period LWOP | .00 |
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

### Retirement

| | | | |
|---|---:|---|---:|
| YTD: | 1,238.67 | Total: | 7,394.18 |

### FERS USPS Thrift Contributions

| | | | |
|---|---:|---|---:|
| PP 1%: | 23.74 | YTD USPS 1%: | 281.52 |
| PP Match: | 94.94 | YTD Matching: | 1,126.01 |

### Insurance Income

| | | | |
|---|---:|---|---:|
| Pay Period: | 2.88 | YTD: | 33.76 |

### Earnings Statement Messages

No messages

## Additional Pay & Other Compensation

| Description | Amount | |
| --- | --- | --- |
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $4,310.52 | $44,676.08 |

## Deductions

| Description | Amount | |
| --- | --- | --- |
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 104.44 | 1,238.67 |
| Social Security | 259.14 | see YTD below |
| Medicare | 60.60 | see YTD below |
| Federal Tax: S 00 | 570.86 | see YTD below |
| Health Plan Pre-tax: (Self only) 33A BLUE CROSS AND BLUE SHIELD | 114.12 | 1,222.70 |
| State Income Tax: PA S 00 | 128.31 | 1,324.04 |
| Local Tax: 651 S 00 | 161.64 | 1,675.35 |
| FEDVIP Vision Pre Tax | 5.66 | 67.86 |
| FEDVIP Dental Pre Tax | 11.17 | 133.34 |
| Social Security (deducted on Ins Income) | .18 | 2,676.10 |
| Medicare (deducted on Ins Income) | .04 | 625.86 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 118.68 | 1,407.54 |
| Union Dues: W | 37.60 | 451.20 |
| Extra Federal Tax | 50.00 | 5,943.19 |
| Health Plan Pre-tax: (Self only) 111 Blue Cross and Blue Shield | .00 | 123.10 |
| Total Current Pay Period Deductions: | 1,622.44 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,622.44 | $16,888.95 |
| Net Pay (Net To Bank): | $2,688.08 | $27,787.13 |

## Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

**Employee:**
KAREEM REEDY

**Employee ID:**

**Finance Number:**
41-7901

**Pay Location:**
471

**Pay Period:**
11-2025

**Pay Date:**
05/23/25

**Inclusive Dates:**
05/03/25 - 05/16/25

**Net Pay:**
$2,354.07

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-25 | 1 | P | 07 | AA | 135 | 61,715 | 043 | PENALTY OVERTIME PAYMENT | 1.55 | 91.98 |
| 11-25 | 1 | P | 07 | AA | 135 | 61,715 | 052 | WORK HOURS | 40.00 | 1,186.83 |
| 11-25 | 1 | P | 07 | AA | 135 | 61,715 | 053 | OVERTIME HOURS | 12.45 | 554.10 |
| 11-25 | 1 | P | 07 | AA | 135 | 61,715 | 054 | NIGHT WORK PREM HOURS | 18.09 | 22.07 |
| 11-25 | 1 | | | | | | | FLSA | | .00 |
| 11-25 | 2 | P | 07 | AA | 135 | 61,715 | 043 | PENALTY OVERTIME PAYMENT | 2.28 | 135.30 |
| 11-25 | 2 | P | 07 | AA | 135 | 61,715 | 052 | WORK HOURS | 40.00 | 1,186.83 |
| 11-25 | 2 | P | 07 | AA | 135 | 61,715 | 053 | OVERTIME HOURS | 13.16 | 585.70 |
| 11-25 | 2 | P | 07 | AA | 135 | 61,715 | 054 | NIGHT WORK PREM HOURS | 18.00 | 21.96 |
| 11-25 | 2 | | | | | | | FLSA | | .00 |
| | | | | | | | | **Total Hours Gross Pay:** | | 3,784.77 |

## Leave & Retirement Information

| Category: 6.00 | Annual Leave | |
|---|---|---|
| | Leave Computation Date: 11/20/21 | |
| AL Prior Year Balance | | 131.90 |
| AL Maximum Carryover | | 520.00 |
| AL Carried over from Prior Year | | 131.90 |
| + AL Earned YTD | | 54.00 |
| + AL Holiday Earned YTD | | .00 |
| - AL Used YTD | | 32.00 |
| = Earned Annual Leave Balance | | 153.90 |
| + AL Advanced YTD | | 106.00 |
| = Available AL Balance | | **259.90** |
| AL Used this Pay Period | | .00 |

| Category: 4.00 | Sick Leave | |
|---|---|---|
| SL Prior Year Balance | | 224.91 |
| + SL Earned YTD | | 36.00 |
| - SL Used YTD | | 16.00 |
| = Current SL Balance | | **244.91** |
| SL Used this Pay Period | | .00 |

### Other Leave

#### Leave Without Pay (LWOP)

| Pay Period LWOP | .00 |
|---|---|
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

### Retirement

| YTD: | 1,134.23 | Total: | 7,394.18 |
|---|---|---|---|

### FERS USPS Thrift Contributions

| PP 1%: | 23.74 | YTD USPS 1%: | 257.78 |
|---|---|---|---|
| PP Match: | 94.94 | YTD Matching: | 1,031.07 |

### Insurance Income

| Pay Period: | 2.88 | YTD: | 30.88 |
|---|---|---|---|

### Earnings Statement Messages

No messages

## Additional Pay & Other Compensation

| Description | Amount | |
| --- | --- | --- |
| | Pay Period | YTD |
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $3,784.77 | $40,365.56 |

## Deductions

| Description | Amount | |
| --- | --- | --- |
| | Pay Period | YTD |
| Retirement: FERS - Ret-FICA Code E | 104.44 | 1,134.23 |
| Social Security | 226.54 | see YTD below |
| Medicare | 52.98 | see YTD below |
| Federal Tax: S 00 | 455.19 | see YTD below |
| Health Plan Pre-tax: (Self only) 33A BLUE CROSS AND BLUE SHIELD | 114.12 | 1,108.58 |
| State Income Tax: PA S 00 | 112.17 | 1,195.73 |
| Local Tax: 651 S 00 | 141.93 | 1,513.71 |
| FEDVIP Vision Pre Tax | 5.66 | 62.20 |
| FEDVIP Dental Pre Tax | 11.17 | 122.17 |
| Social Security (deducted on Ins Income) | .17 | 2,416.78 |
| Medicare (deducted on Ins Income) | .05 | 565.22 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 118.68 | 1,288.86 |
| Union Dues: W | 37.60 | 413.60 |
| Extra Federal Tax | 50.00 | 5,322.33 |
| Health Plan Pre-tax: (Self only) 111 Blue Cross and Blue Shield | .00 | 123.10 |
| Total Current Pay Period Deductions: | 1,430.70 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,430.70 | $15,266.51 |
| Net Pay (Net To Bank): | $2,354.07 | $25,099.05 |

## Adjustments

No adjustments for this pay period

# USPS Employee Earnings Statement

## Employee Information

**Employee:**
KAREEM REEDY

**Employee ID:**

**Finance Number:**
41-7901

**Pay Location:**
471

**Pay Period:**
10-2025

**Pay Date:**
05/09/25

**Inclusive Dates:**
04/19/25 - 05/02/25

**Net Pay:**

$2,510.79

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 10-25 | 1 | P | 07 | BB | 135 | 60,738 | 043 | PENALTY OVERTIME PAYMENT | 8.73 | 509.85 |
| 10-25 | 1 | P | 07 | BB | 135 | 60,738 | 052 | WORK HOURS | 24.00 | 700.82 |
| 10-25 | 1 | P | 07 | BB | 135 | 60,738 | 053 | OVERTIME HOURS | 11.68 | 511.60 |
| 10-25 | 1 | P | 07 | BB | 135 | 60,738 | 054 | NIGHT WORK PREM HOURS | 15.15 | 18.48 |
| 10-25 | 1 | P | 07 | BB | 135 | 60,738 | 055 | ANNUAL LEAVE | 8.00 | 233.61 |
| 10-25 | 1 | P | 07 | BB | 135 | 60,738 | 056 | SICK LEAVE | 8.00 | 233.61 |
| 10-25 | 1 | | | | | | | FLSA | | .00 |
| 10-25 | 2 | P | 07 | BB | 135 | 60,738 | 043 | PENALTY OVERTIME PAYMENT | 1.70 | 99.28 |
| 10-25 | 2 | P | 07 | BB | 135 | 60,738 | 052 | WORK HOURS | 40.00 | 1,168.04 |
| 10-25 | 2 | P | 07 | BB | 135 | 60,738 | 053 | OVERTIME HOURS | 12.08 | 529.12 |
| 10-25 | 2 | P | 07 | BB | 135 | 60,738 | 054 | NIGHT WORK PREM HOURS | 18.12 | 22.11 |
| 10-25 | 2 | | | | | | | FLSA | | .00 |
| | | | | | | | | **Total Hours Gross Pay:** | | 4,026.52 |

## Leave & Retirement Information

| Category: 6.00 | Annual Leave | |
|---|---|---|
| Leave Computation Date: 11/20/21 | | |
| AL Prior Year Balance | | 131.90 |
| AL Maximum Carryover | | 520.00 |
| AL Carried over from Prior Year | | 131.90 |
| + AL Earned YTD | | 48.00 |
| + AL Holiday Earned YTD | | .00 |
| - AL Used YTD | | 32.00 |
| = Earned Annual Leave Balance | | 147.90 |
| + AL Advanced YTD | | 112.00 |
| = Available AL Balance | | **259.90** |
| AL Used this Pay Period | | 8.00 |

| Category: 4.00 | Sick Leave | |
|---|---|---|
| SL Prior Year Balance | | 224.91 |
| + SL Earned YTD | | 32.00 |
| - SL Used YTD | | 16.00 |
| = Current SL Balance | | **240.91** |
| SL Used this Pay Period | | 8.00 |

### Other Leave

### Leave Without Pay (LWOP)

| Pay Period LWOP | .00 |
|---|---|
| Calendar LWOP YTD | .00 |
| Leave Increment LWOP | .00 |

### Retirement

| YTD: | 1,029.79 | Total: | 7,394.18 |
|---|---|---|---|

### FERS USPS Thrift Contributions

| PP 1%: | 23.36 | YTD USPS 1%: | 234.04 |
|---|---|---|---|
| PP Match: | 93.44 | YTD Matching: | 936.13 |

### Insurance Income

| Pay Period: | 2.80 | YTD: | 28.00 |
|---|---|---|---|

### Earnings Statement Messages

No messages

## Additional Pay & Other Compensation

| Description | Amount Pay Period | YTD |
|---|---:|---:|
| Total Additional Pay / Other Compensation: | .00 | .00 |
| Total Adjustments Gross: | .00 | .00 |
| Total Gross Pay: | $4,026.52 | $36,580.79 |

## Deductions

| Description | Amount Pay Period | YTD |
|---|---:|---:|
| Retirement: FERS - Ret-FICA Code E | 102.79 | 1,029.79 |
| Social Security | 241.53 | see YTD below |
| Medicare | 56.48 | see YTD below |
| Federal Tax: S 00 | 508.79 | see YTD below |
| Health Plan Pre-tax: (Self only) 33A BLUE CROSS AND BLUE SHIELD | 114.12 | 994.46 |
| State Income Tax: PA S 00 | 119.59 | 1,083.56 |
| Local Tax: 651 S 00 | 150.99 | 1,371.78 |
| FEDVIP Vision Pre Tax | 5.66 | 56.54 |
| FEDVIP Dental Pre Tax | 11.17 | 111.00 |
| Social Security (deducted on Ins Income) | .17 | 2,190.07 |
| Medicare (deducted on Ins Income) | .04 | 512.19 |
| Thrift Savings Plan (TSP): 5% - (Regular) | 116.80 | 1,170.18 |
| Union Dues: W | 37.60 | 376.00 |
| Extra Federal Tax | 50.00 | 4,817.14 |
| Health Plan Pre-tax: (Self only) 111 Blue Cross and Blue Shield | .00 | 123.10 |
| Total Current Pay Period Deductions: | 1,515.73 | |
| Total Adjustments Deductions: | .00 | |
| Total Deductions: | $1,515.73 | $13,835.81 |
| Net Pay (Net To Bank): | $2,510.79 | $22,744.98 |

## Adjustments

No adjustments for this pay period