Certificate Number: 16339-PAE-DE-039973186

Bankruptcy Case Number: 25-13007



16339-PAE-DE-039973186

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 12, 2025, at 8:46 o'clock PM EDT, Kareem Reedy completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 12, 2025    By:   /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor