*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 7

Kareem Malik Reedy                                      : Case No. 25–13007–djb
    Debtor(s)

### ORDER
_____

AND NOW, this day , November 12, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

        By The Court

        Derek J Baker
        Judge, United States Bankruptcy Court

13
Form 195